IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Antuan Burress-EL,

    Plaintiff(s)

vs.

David Kelley, et al.,

    Defendant(s)

Case Number: 1:18cv254

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on April 12. 2018 (Doc. 4), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired April 26, 2018, hereby ADOPTS said Report and Recommendation.

However, the plaintiff did file three "notices" but the Court did not construe them to be objections.

Accordingly, all claims contained in plaintiff's complaint are DISMISSED with prejudice, pursuant to 28 U.S.C. §1915(e)(2)(B). In addition plaintiff has filed several lawsuits that relate to claims arising out of Hamilton County Juvenile Court proceedings. Plaintiff is FOREWARNED that additional attempts to file similar lawsuits will not only be summarily dismissed at the screening level, but may invite sanctions from the Court if deemed vexatious.

IT IS SO ORDERED.

                                        ___s/Susan J. Dlott_____
                                        Judge Susan J. Dlott
                                        United States District Court